UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY CONOMY,

    Plaintiff,

v.                                             Case No: 8:18-cv-1851-T-30CPT

BAYCARE HEALTH SYSTEM, INC.,

    Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Dkt. 11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of January, 2019.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record